Jason H. Alperstein
*alperstein@kolawyers.com*
Brian R. Kopelowitz
*kopelowitz@kolawyers.com*
**KOPELOWITZ OSTROW**
**Ferguson Weiselberg Keechl**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
Tel.: (954) 525-4100
Fax: (954) 525-4300

*Attorneys for Plaintiff*,
Sterling Federal Bank, F.S.B.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12<br><br>Case No. 11-CV-07163-MRP (MANx) |
| Sterling Federal Bank, F.S.B.,<br><br>Plaintiff,<br><br>v.<br><br>COUNRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | |

Pursuant to the Stipulation of Dismissal with Prejudice (the "Stipulation") filed September 5, 2012, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice, including all claims asserted and all parties named in the complaint filed on March 23, 2011. Pursuant to the Stipulation, plaintiff expressly waives any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED:**

Dated: September 6__, 2012

*Mariana R. Pfaelzer*

Honorable Mariana R. Pfaelzer
United States District Court Judge